No. 89–1363. UNITED STATES *v.* FRANCE, 498 U. S. 335. Petition for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

MARCH 18, 1991

No. 88–1483. CLAYTON BROKERAGE CO. OF ST. LOUIS, INC. *v.* JORDAN. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 89–1303. RESERVE LIFE INSURANCE CO. *v.* EICHENSEER. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 89–1315. HOSPITAL AUTHORITY OF GWINNETT COUNTY, GEORGIA, INDIVIDUALLY AND DBA GWINNETT AMBULANCE SERVICES *v.* JONES, ADMINISTRATOR OF THE ESTATE OF O'KELLEY. Sup. Ct. Ga. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 89–1361. CHURCH OF SCIENTOLOGY OF CALIFORNIA *v.* WOLLERSHEIM. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 89–1399. INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS OF CALIFORNIA ET AL. *v.* GEORGE ET AL. Ct. App. Cal., 4th App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.